UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-7241-DMG (PDx) | Date | January 17, 2023 |
|---|---|---|---|
| Title | *Monica Velazquez v. Nissan North America, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On December 12, 2022, the Court set a Scheduling Conference.  [Doc. # 13.]  As required by the Court's December 12, 2022 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, a Defendant filed a unilaterally signed Rule 26(f) Report.

IT IS HEREBY ORDERED that the parties show cause in writing no later than January 24, 2023, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on January 27, 2023 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.